UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENCIA CARDENAS and ALEX GARCIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>HYUNDAI MARINE & FIRE INSURANCE CO. LTD,<br><br>          Defendant. | No.  2:26-cv-00013 DJC SCR<br><br><br>ORDER |

Magistrate Judge Allison Claire will hold a settlement conference in this case on July 30, 2026, at 9:00 a.m.  The settlement conference will be held via Zoom unless the parties request that the conference be conducted in person; login details will be provided prior to the date of the conference.  The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case.  If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible.  Unless otherwise specifically authorized by the court in advance of the settlement conference, the following individuals must participate in the settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

No later than July 16, 2026 each party must submit to Judge Claire's chambers at

acorders@caed.uscourts.gov a confidential settlement conference statement.  These statements should not be filed on the docket; however, each party shall e-file a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.

While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability should this case proceed to trial, in percentage terms;

(5) should this case proceed to trial and defendant be found liable, please provide the following, in specific dollar terms:

(a) a realistic high-end recovery estimate (i.e., realistic best- or worst-case scenario)

(b) a realistic low-end recovery estimate (i.e., realistic worst- or best-case scenario), and

(c) a best estimate of the most likely outcome;

(6) a history of settlement discussions, including:

(a) a statement of your expectations for settlement discussions;

(b) a listing of any past and present settlement offers from any party (including all terms);

(c) whether your party would consider making the opening offer or demand, and what that offer might be;

(7) a list of the individuals who will be participating in the settlement conference on your party's behalf, including each participant's name and, if appropriate, title;

(8) identification of any related cases or of any other cases that the parties might wish to

2

discuss at this settlement conference; and

(9) a completed worksheet (blank version attached) highlighting your responses to certain of the above questions.

Judge Claire will hold a short, pre-settlement conference via Zoom on July 20, 2026 at 10:00 a.m.  Only the lead attorney from each side[1] should participate.  At Judge Claire's discretion, the joint discussion may be followed by private discussions between the judge and each party.  Zoom login information will be provided in advance of July 20, 2026.

In accordance with the above, it is hereby ORDERED that:

1.  A pre-settlement conference is set before Magistrate Judge Claire on July 20, 2026, at 10:00 a.m.

2.  A settlement conference is set before Magistrate Judge Claire on July 30, 2026, at 9:00 a.m.

3.  No later than July 16, 2026, each party must submit a confidential settlement conference statement, as described above, to Magistrate Judge Claire.

DATED: March 17, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1]  The court expects that the attorneys participating in the pre-settlement conference discussion will also participate in the settlement conference.

3

# Pre-Settlement Worksheet

| | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |

1